# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES HENNINGER,<br><br>  Defendant. | Case No. 3:20-po-00278-DMC-1<br><br>Citation No. F5236901<br><br><br>ORDER |

    For good cause shown and on the government's request, this action is dismissed. All pending hearing dates are vacated.

    IT IS DO ORDERED.

Dated: March 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1